FILED
2019 APR -2 PM 2: 41
U.S. DISTRICT COURT
N. DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| | ) 1:19 CR 209 |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, |
| AMINEH FARAJ, | ) Section 641 |
| | ) |
| Defendant. | ) |

JUDGE NUGENT

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The United States Attorney charges:

From in or around October 2012 and continuing until in or around October 2017, in the Northern District of Ohio, Eastern Division, Defendant AMINEH FARAJ, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to her own use, and without authority dispose of property of the United States exceeding $1,000 in value belonging to the United States Social Security Administration, an agency of the United States, to wit: Title XVI Supplemental Security Income Benefits in the amount of approximately $42,507, in violation of Title 18, United States Code, Section 641.

JUSTIN E. HERDMAN
United States Attorney

By: _____
EDWARD F. FERAN
Chief, General Crimes Unit